UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

CHRISTOPHER MAXWELL, on behalf of himself
and all others similarly situated,

                        Plaintiffs,

      vs.

HSBC MORTGAGE CORPORATION (USA),
ASSURANT, INC. and TRACKSURE
INSURANCE AGENCY, INC.,

                        Defendants.

------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 9 2012
```

Case No. 12 Civ. 1699 (AJN)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

      The motion of Lisa M. Simonetti, for admission to practice Pro Hac Vice on behalf of Defendant HSBC Mortgage Corporation (USA) ("HSBC") in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of California; her contact information is as follows:

      Lisa M. Simonetti
      Stroock & Stroock & Lavan LLP
      2029 Century Park East
      Los Angeles, CA 90067-3086
      Telephone: 310-556-5800

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for HSBC in the above captioned action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned action in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for ECF PASSWORD.

Dated: New York, New York
May 9, 2012

_____
Hon. Alison J. Nathan, U.S.D.J.