```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 18 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER MAXWELL, on behalf of himself
and all others similarly situated,

                       Plaintiff,                            12 Civ. 1699 (AJN)

      -v-                                                  ORDER

HSBC MORTGAGE CORPORATION (USA),
ET AL.,

                       Defendants.
-------------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

      Defendants having notified the Court by letter of their intent to move to dismiss the Complaint in this action, it is hereby ORDERED that Plaintiff submit a response to Defendants' letters on or before **May 25, 2012**. Plaintiff is directed to this Court's Individual Rules regarding the submission of letters.

      The parties are hereby notified that the initial pretrial conference set for June 1, 2012 will now be treated as a pre-motion conference regarding Defendants' intended motions to dismiss.

Dated: May \_\_18\_\_, 2012
       New York, New York

                                            _____
                                                ALISON J. NATHAN
                                           United States District Judge