USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 2 2 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CHRISTOPHER MAXWELL, on behalf of himself : No. 12 CIV 1699
and all others similarly situated,        :
                                          : STIPULATION
                    Plaintiff,            :
                                          :
    v.                                    :
                                          :
HSBC MORTGAGE CORPORATION (USA),          :
ASSURANT, INC. and TRACKSURE              :
INSURANCE AGENCY, INC.,                   :
                                          :
                    Defendants.           :
------------------------------------x

WHEREAS, plaintiff Christopher Maxwell ("Plaintiff") served defendants Assurant, Inc. ("Assurant") and Tracksure Insurance Agency, Inc. ("Tracksure") with the Complaint on March 12, 2012;

WHEREAS, Plaintiff served defendant HSBC Mortgage Corporation (USA) ("HSBC") (together with Assurant and Tracksure, "Defendants") with the Complaint on March 16, 2012;

WHEREAS, by prior stipulation entered by the Court on April 27, 2012, Defendants' responses to the Complaint currently are due on May 21, 2012;

WHEREAS, pursuant to the Court's April 25, 2012 Order, Defendants have sent Plaintiff letters regarding deficiencies in Plaintiff's Complaint in advance of filing motions to dismiss; and

WHEREAS, pursuant to the Court's May 18, 2012 Order, Plaintiff must submit a response to Defendants' letters on or before May 25, 2012 and a pre-motion conference is scheduled for June 1, 2012;

LA 51543250

NOW THEREFORE, IT IS HEREBY STIPULATED, by the parties hereto, through their respective counsel, that the time for Defendants to respond to the Complaint, by answer, any motion under Fed. R. Civ. P. 12(b), or otherwise, shall be extended to a date as will be ordered by the Court at the pre-motion conference on June 1, 2012.

Respectfully submitted,

Los Angeles, California
Dated: May 21, 2012

STROOCK & STROOCK & LAVAN LLP

By: _____
Lisa M. Simonetti

2029 Century Park East
Los Angeles, CA 90067
Phone: (310) 556-5800
Fax: (310) 556-5959

Attorneys for Defendant
  HSBC MORTGAGE CORPORATION
  (USA)

New York, New York
Dated: May 21, 2012

LOWEY DANNENBERG COHEN & HART, P.C.

By: _____
Jeanne D'Esposito

One North Broadway, Suite 509
White Plains, NY 10601
Phone: (914) 997-0500
Fax: (914) 997-0035

Attorneys for Plaintiff
  CHRISTOPHER MAXWELL

LA 51543250

Washington, District of Columbia
Dated: May ___, 2012

JORDEN BURT LLP

By: _____
Frank Burt

1025 Thomas Jefferson St., N.W.
Washington, D.C. 20007
Phone: (202) 965-8140
Fax:    (202) 965-8104

Attorneys for Defendants
ASSURANT, INC. and TRACKSURE
INSURANCE AGENCY, INC.

New York, New York
Dated: May 22, 2012

SO ORDERED:

_____
Alison J. Nathan
U.S.D.J.

-3-

LA 51543250