UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CHRISTOPHER MAXWELL, on behalf of himself
and all others similarly situated,

                       Plaintiff,

       -v-

HSBC MORTGAGE CORPORATION (USA),
ET AL.,

                     Defendants.

------------------------------------------------------------------X

12 Civ. 1699 (AJN)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** JUN 0 5 2012

ALISON J. NATHAN, District Judge:

      Counsel for all parties having appeared for a pre-motion conference before the Court, it is hereby ORDERED:

      That on or before June 6, 2012, Defendant HSBC submit a letter to the Court, copy to all counsel, discussing the Court's authority to bifurcate Rule 12(b) motions practice;

      That Plaintiff submit a responsive letter to the Court, copy to all counsel, on or before June 13, 2012;

      That Defendants Assurant and Tracksure file their motion to dismiss on or before June 8, 2012;

      That Plaintiff file any opposition to Assurant and Tracksure's motion to dismiss on or before July 9, 2012;

      That Defendants Assurant and Tracksure file any reply in support of their motion to dismiss on or before July 23, 2012;

      That Defendant HSBC file its motion to dismiss on or before June 27, 2012;

      That Plaintiff file any opposition to HSBC's motion to dismiss on or before July 27, 2012;

      And that Defendant HSBC file any reply in support of its motion to dismiss on or before August 10, 2012.

SO ORDERED.

Dated: June _____5____, 2012
      New York, New York

                                  ALISON J. NATHAN
                            United States District Judge