UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                                                           :

CHRISPHER MAXWELL, on behalf of himself  :
and all others similarly situated,                   :
                                                                           :      Case No. 12 Civ. 1699 (AJN)
                            Plaintiff,                         :
                                                                            :                ECF Case
                     - v -                                    :

HSBC MORTGAGE CORPORATION (USA),    :
ASSURANT, INC. and TRACKSURE              :
INSURANCE AGENCY, INC.,                          :
                                                                            :
                            Defendants.                    :
------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      I have cases pending in this jurisdiction.

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Andrew T. Solomon**.

      My SDNY Bar number is AS9200.  My State Bar number is 2758597.

      I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:      Sullivan & Worcester LLP
                             1290 Avenue of the Americas, 29th Floor,
                             New York, NY 10104
                             Firm Telephone Number:  (212) 660-3000
                             Firm Fax Number:  (212) 660-3001

NEW ADDRESS:      Sullivan & Worcester LLP
                             1633 Broadway, 32nd Floor
                             New York, NY 10019
                             Firm Telephone Number:  (212) 660-3000
                             Firm Fax Number:  (212) 660-3001

      I will continue to be counsel of record for Assurant Inc. in the above-entitled case.

Dated: New York, New York
      June 7, 2012                                                      By:/s/
                                                                                 Andrew T. Solomon

TO:
Barbara Hart, Esq.
Jeanne D'Esposito, Esq.
Scott V. Papp, Esq.
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2301

Norah Hart, Esq.
LOWEY DANNENBERG COHEN & HART, P.C.
305 Broadway, 14th Floor
New York, NY 10007

*Attorneys for Plaintiff Christopher Maxwell*

Mark G. Peters, Esq.
Patrick Joseph Gennardo, Esq.
Gregory S. Hoffnagle, Esq.
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022

Julia B. Strickland , Esq.
Lisa M. Simonetti, Esq.
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086

*Attorneys for Defendant HSBC Mortgage Corporation (USA)*