UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER MAXWELL, on behalf of himself
and all others similarly situated,

                      Plaintiff,

  -v-

HSBC MORTGAGE CORPORATION (USA),
ET AL.,

                      Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 2 2012

12 Civ. 1699 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court having received Defendant HSBC's letter regarding its request to bifurcate its Rule 12(b) motions practice and Plaintiff's response thereto, it is hereby ORDERED that HSBC's request is DENIED. Defendant HSBC shall submit its motion in full on or before June 27, 2012.

SO ORDERED.

Dated: June 22, 2012
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge