```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 2 2012
```

# STROOCK

June 22, 2012

Lisa M Simonetti
Direct Dial  310-556-5819
Fax  310-556-5959
lsimonetti@stroock.com

Honorable Alison J. Nathan
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

**By E-Mail**

Re:   Maxwell v. HSBC Mortgage Corporation (USA), et al., No. 12 CIV 1699

Dear Judge Nathan:

Along with Edwards Wildman Palmer, we represent defendant HSBC Mortgage Corporation (USA) ("HSBC") in the above-referenced matter. In light of the Court's Order today denying HSBC's request to file an initial motion to dismiss on the limited issue of standing, and HSBC's current deadline of June 27, 2012 to file its motion to dismiss in its entirety, HSBC respectfully requests that the Court extend the time for HSBC to file its motion to dismiss in full from June 27, 2012 to, and including, July 11, 2012. Counsel for plaintiff Christopher Maxwell consents to HSBC's request for additional time. This is the first such request for an extension by HSBC.

Respectfully submitted,

Lisa M. Simonetti

cc:   Jeanne D'Esposito, Esq.
      Mark G. Peters, Esq.
      Frank G. Burt, Esq.

LA 51411236v1

*Handwritten order:*

SO ORDERED.
HSBC's motion is due 7/11/12
Plaintiff's opposition, if any,
is due 8/10/12. HSBC's
reply, if any, is due
8/24/12.

SO ORDERED: 6/22/12
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

STROOCK & STROOCK & LAVAN LLP • LOS ANGELES • NEW YORK • MIAMI
2029 CENTURY PARK EAST, LOS ANGELES, CA 90067-3086 TEL 310.556.5800 FAX 310.556.5959 WWW.STROOCK.COM