

**Lowey Dannenberg Cohen & Hart, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

July 6, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/12
```

**VIA E-MAIL**
The Honorable Alison J. Nathan
United States District Judge
United States District Court of the Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007-1312

Re:   *Maxwell v. HSBC Mortgage Corporation (USA), et al*, No. 12-cv-1699

Dear Judge Nathan:

We represent Plaintiff Christopher Maxwell ("Plaintiff") in the above-referenced matter. We have met and conferred with the counsel for Defendants Assurant, Inc. ("Assurant") and Tracksure Insurance Agency, Inc. ("Tracksure") (collectively, "Defendants") regarding their (i) Motion to Transfer the Action (Dkt. No. 27) and (ii) Motion to Dismiss the Complaint (Dkt. No. 28) (collectively, the "Motions"). The parties have agreed to an extension of time to file their respective briefs.

Accordingly, Plaintiff respectfully requests that the Court grant the following extensions: Plaintiff to file his oppositions to the Motions by July 23, 2012, and Defendants to file their replies in further support of their Motions by August 15, 2012.

SO ORDERED.

This is the parties' first request for an extension of time.

SO ORDERED: 7/9/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Jeanne D'Esposito (JD-5843)

{2488 / LTR / 00113499.DOC v1}



Letter to the Hon. Alison J. Nathan
July 6, 2012
Page 2 of 2

**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway, Suite 509
White Plains, NY 10601
Telephone: (914) 997-0500
E-mail: desposito@lowey.com

Norah Hart
**TREUHAFT & ZAKARIN, LLP**
305 Broadway, 9th Floor
New York, NY 10007
Telephone: (212) 897-5865
E-mail: nhart@treulaw.com

*Attorneys for Plaintiff Christopher Maxwell*

Cc:   Counsel for all parties (via e-mail)

{2488 / LTR / 00113499.DOC v1}