SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

July 10, 2012

By Email: NathanNYSDChambers@nysd.uscourts.gov

The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 11 2012

Re:    Maxwell v. HSBC Mortgage Corp. (USA), et al., No. 12-cv-1699

Dear Judge Nathan:

We represent Defendants Assurant, Inc. ("Assurant") and Tracksure Insurance Agency, Inc. ("Tracksure") in the above-referenced action.  On July 6, 2012, the Plaintiff submitted a first request for an extension of time for the parties to file briefs in support of Assurant's and Tracksure's pending motions to transfer (dkt. no. 27) and dismiss (dkt. no. 28) this action (collectively, the "Motions").  On July 9, 2012, the Court granted Plaintiff's request.  Under the current schedule, Plaintiff's oppositions to both Motions are due by July 23, 2012, and Assurant's and Tracksure's replies in support of both Motions are due by August 15, 2012.

We write now to request the Court's approval of an adjustment to the briefing schedule for the Motions, as follows:

1.  Plaintiff will file his oppositions to both Motions by August 6, 2012; and

2.  Assurant and Tracksure will file their replies in support of both Motions by August 27, 2012.

SO
ORDERED.

The Plaintiff has consented to this request for an extension of time.

Respectfully submitted,

*Andrew T. Solomon / KA*

Andrew T. Solomon
Partner

Direct line: 212-660-3023
asolomon@sandw.com

cc:  Counsel of Record

7/10/12

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

BOSTON   NEW YORK   WASHINGTON, DC