UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CHRISTOPHER MAXWELL, on behalf of
himself and all others similarly situated,           :
                                                     **CIVIL ACTION NO.**
             Plaintiff,           :                  **1:12-CV-01699-AJN**

     v.                                              :

HSBC MORTGAGE CORPORATION (USA),                     :
ASSURANT, INC. and TRACKSURE
INSURANCE AGENCY, INC.,                              :

             Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANT HSBC MORTGAGE CORPORATION (USA)'S
MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Jennifer Simmons, dated July 11, 2012, and the exhibit attached thereto, and the accompanying Memorandum of Law, defendant HSBC Mortgage Corporation (USA) ("HSBC") shall move this Court, before the Honorable Alison J. Nathan, at the United States Courthouse, 500 Pearl Street, Courtroom 23B, New York, New York 10007-1312, on a date and time to be determined by the Court, for an Order grating HSBC's Motion to Dismiss plaintiff Christopher Maxwell's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted; and

**PLEASE TAKE FURTHER NOTICE** that Opposition Papers, if any, shall be filed and served on all parties on or before August 10, 2012; and

LA 51557696

**PLEASE TAKE FURTHER NOTICE** that Reply Papers, if any, shall be filed and served on all parties on or before August 24, 2012.

                Respectfully submitted,

Dated:  July 11, 2012            HSBC MORTGAGE CORPORATION (USA)


By:    */s/ Lisa M. Simonetti*
       Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Phone:   (310) 556-5800
Fax:       (310) 556-5959
E-mail:  lsimonetti@stroock.com

Mark G. Peters
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
Phone:   (212) 308-4411
Fax:       (212) 308-4844
E-mail:  mpeters@edwardswildman.com

Its Attorneys

LA 51557696

To:  Barbara J. Hart, Esq.
     Jeanne F. D'Esposito, Esq.
LOWEY DANNENBERG COHEN & HART P.C.
White Plains Plaza
One North Broadway, Suite 509
White Plains, NY  10601
Tel. No.:    (914) 997-0500
Fax No.:    (914) 997-0035
E-mail:     bhart@lowey.com
E-mail:     jdesposito@lowey.com

-and-

Nora Hart, Esq.
305 Broadway, 14th Floor
New York, NY  10007
Tel. No.:    (212) 897-5865
E-mail:     norah.hart@gmail.com

    *Attorneys for Plaintiff Christopher Maxwell*

Andrew Todd Solomon, Esq.
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, NY 10019
Tel. No.:    (212) 660-3023
Fax No.:    (212) 660-3001
E-mail:     asolomon@sandw.com

-and-

Frank G. Burt, Esq.
JORDEN BURT LLP
1025 Thomas Jefferson St. NW, Suite 400 East
Washington, DC 20007
Tel. No.:    (202) 965-8100
Fax No.:    (202) 965-8104
E-mail:     fgb@jordenusa.com

    *Attorneys for Defendants Assurant, Inc. and Tracksure Ins. Agency, Inc.*

LA 51557696