**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CHRISTOPHER MAXWELL, on behalf of himself
and all others similarly situated,                :

                      Plaintiff,         :

   v.                                                                     :

HSBC MORTGAGE CORPORATION (USA),   :
ASSURANT, INC. and TRACKSURE
INSURANCE AGENCY, INC.,                          :

                Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CIVIL ACTION NO.**
**1:12-CV-01699-AJN**

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT HSBC MORTGAGE CORPORATION (USA)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant HSBC Mortgage Corporation (USA) makes the following disclosures: HSBC Mortgage Corporation (USA) is a wholly-owned subsidiary of HSBC Bank USA, N.A., which is a wholly-owned subsidiary of HSBC USA, Inc., an indirect subsidiary of HSBC North America Holdings, Inc. HSBC North America Holdings, Inc. is indirectly owned by HSBC Holdings plc. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as American depository receipts.

                                                   Respectfully submitted,

Dated: July 11, 2012                    HSBC MORTGAGE CORPORATION (USA)

By:     */s/ Lisa M. Simonetti*
        Lisa M. Simonetti

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067
Phone: (310) 556-5800
Fax: (310) 556-5959
E-mail: lsimonetti@stroock.com

Mark G. Peters
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
Phone: (212) 308-4411
Fax: (212) 308-4844
E-mail: mpeters@edwardswildman.com

Its Attorneys

LA 51555172

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 11, 2012, copies of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HSBC MORTGAGE CORPORATION (USA) was filed electronically and served by First Class Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by First Class Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                             By:    */s/ Lisa M. Simonetti*
                                                                               Lisa M. Simonetti