**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
CHRISTOPHER MAXWELL, on behalf of himself
and all others similarly situated,                     :

                       Plaintiff,                    :

     v.                                                   :

HSBC MORTGAGE CORPORATION (USA),       :
ASSURANT, INC. and TRACKSURE
INSURANCE AGENCY, INC.,                        :

                       Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF Case**

**Case No. 12 CIV 1699**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO Rule 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the respective parties, that the above captioned action shall be and hereby is voluntarily dismissed without prejudice against defendants HSBC Mortgage Corporation (USA), Assurant, Inc. and Tracksure Insurance Agency, Inc., and without costs to any party against any other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated August 10, 2012

Respectfully Submitted,

By: */s/ Frank Burt*

By: */s/ Lisa M. Simonetti*                              By: */s/ Jeanne D'Esposito*

| Frank Burt (p*ro hac vice*) | Jeanne D'Esposito (JD-5843) |
| fgb@jordenusa.com | jdesposito@lowey.com |
| Jason H. Gould (Bar No. JG-2012) | Barbara J. Hart |

{2488 / STIP / 00113925.DOC v1}

| | |
|---|---|
| jhg@jordenusa.com<br>**JORDEN BURT LLP**<br>1025 Thomas Jefferson St, N.W.<br>Suite 400 East<br>Washington, DC 20007-0805<br>Telephone:  (202) 965-8140<br>Facsimile:  (202) 965-8104 | bhart@lowey.com<br>**LOWEY DANNENBERG COHEN & HART, P.C.**<br>One North Broadway<br>Suite 509<br>White Plains, NY 10601<br>Telephone:  (914) 997-0500<br>Facsimile:    (914) 997-0035 |
| Andrew T. Solomon (Bar No. AS-9200)<br>asolomon@sandw.com<br>**SULLIVAN WORCESTER LLP**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 660-3023<br>Facsimile: (212) 660-3001<br><br>*Attorneys for Defendants Assurant, Inc. and Tracksure Insurance Agency, Inc.* | Norah Hart<br>nhart@treulaw.com<br>**TREUHAFT & ZAKARIN, LLP**<br>305 Broadway, 14th Floor<br>New York, NY 10007<br>Telephone: (212) 725-6418<br>Facsimile: (646) 924-0554<br><br>*Attorneys for Plaintiff Christopher Maxwell* |

| | |
|---|---|
| Joseph E. Strauss<br>jstrauss@stroock.com<br>**STROOCK & STROOCK & LAVAN LLP**<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone: (212) 806-5497<br>Facsimile: (212) 806-1297<br><br>Julia B. Strickland (*pro hac vice*)<br>jstrickland@stroock.com<br>Lisa M. Simonetti (*pro hac vice*)<br>lsimonetti@stroock.com<br>**STROOCK & STROOCK & LAVAN LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Telephone: (310) 556-5800<br>Facsimile: (310) 556-5959<br><br>Mark G. Peters<br>mpeters@edwardswildman.com<br>Patrick Gennardo<br>pgennardo@edwardswildman.com<br>Greg Hoffnagle<br>ghoffnagle@edwardswildman.com<br>Aubrey Ruta (*pro hac admission pending*)<br>aruta@edwardswildman.com<br>**EDWARDS WILDMAN PALMER LLP**<br>750 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 308-4411<br>Facsimile:  (212) 308-4844<br><br>*Attorneys for Defendant HSBC Mortgage Corporation (USA)* | |